# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Fr. Kieran Mandato | ) | ASBCA No. 61516 |
| | ) | |
| Under Contract No. M00264-15-P-0319 | ) | |

APPEARANCE FOR THE APPELLANT:     Maj Gen Steven J. Lepper, USAF (Ret.)
                                                 Merritt Island, FL

APPEARANCES FOR THE GOVERNMENT:    Craig D. Jensen, Esq.
                                                 Navy Chief Trial Attorney
                                                 John M. Sabatino, Esq.
                                                 Trial Attorney
                                                 Quantico Area Counsel Office
                                                 Quantico, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: October 15, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

     I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61516, Appeal of Fr. Kieran Mandato, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals